# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140565

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARRELL E. PHILLIPS,
      Defendant-Appellant.

SC: 140565
COA: 295260
Saginaw CC: 00-018489-FC

_____/

On order of the Court, the application for leave to appeal the January 27, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

_____
Clerk

d0419